IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gawrysiak Sr, Edmund J | Case Number: 07 B 21326 |
|---|---|---|
| | Gawrysiak, Victoria R | Judge: Squires, John H |
| | Printed: 4/29/08 | Filed: 11/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 41,261.96 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 1,668.22 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 152.63 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 8,599.57 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 163.47 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | | No Claim Filed |
| 8. | City Of Hammond | Priority | | No Claim Filed |
| 9. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 10. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 11. | Providian | Unsecured | | No Claim Filed |
| 12. | Direct Tv | Unsecured | | No Claim Filed |
| 13. | University Rheumatologists | Unsecured | | No Claim Filed |
| 14. | Fingerhut | Unsecured | | No Claim Filed |
| 15. | Mitros | Unsecured | | No Claim Filed |
| 16. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 17. | AT&T Wireless | Unsecured | | No Claim Filed |
| 18. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 19. | Suncash Loan | Unsecured | | No Claim Filed |
| 20. | East Chicago Check Cashers Inc | Unsecured | | No Claim Filed |
| 21. | Times | Unsecured | | No Claim Filed |
| 22. | National Quick Cash | Unsecured | | No Claim Filed |
| 23. | Advance America | Unsecured | | No Claim Filed |
| 24. | Uptown Cash | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gawrysiak Sr, Edmund J
Gawrysiak, Victoria R
Printed: 4/29/08

Case Number: 07 B 21326
Judge: Squires, John H
Filed: 11/14/07

$ 51,845.85                    $ 0.00

TRUSTEE FEE DETAIL

Fee Rate                    Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____